JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MEDIX STAFFING SOLUTIONS, INC., an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RENOVARO BIOSCIENCES, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 2:24-cv-9027 JLS (MARx)<br><br>DEFAULT JUDGMENT  BY CLERK |

Defendant RENOVARO BIOSCIENCES, INC. having failed to appear, plead or otherwise defend in this action, and default having been entered on November 20, 2024, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper request and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of Plaintiff Medix Staffing Solutions, Inc. ("Plaintiff") and against Defendant Renovaro Biosciences, Inc. in the amount of **EIGHTY TWO THOUSAND SIX HUNDRED SEVENTY ONE DOLLARS AND SIXTY THREE CENTS** ($82,671.63).

Brian D. Karth
CLERK OF COURT

DATED: January 2, 2025

By: /s/ _Jenny Lam_
Deputy Clerk